

# United States District Court
# Eastern District of California

| KEVIN DOYLE | Case Number: 2:24-cv-01679-DAD-DB |

Plaintiff(s)

V.

EXPERIAN INFORMATION SOLUTIONS INC.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Daniel Zemel hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Kevin Doyle

On 11/11/2014 (date), I was admitted to practice and presently in good standing in the State of New Jersey (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/02/2025          Signature of Applicant: /s/ Daniel Zemel

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Daniel Zemel |
| Law Firm Name: | Zemel Law LLC |
| Address: | 660 Broadway |
| City: | Paterson   State: NJ   Zip: 07514 |
| Phone Number w/Area Code: | (862) 227-3106 |
| City and State of Residence: | Newark New Jersey |
| Primary E-mail Address: | dz@zemellawllc.com |
| Secondary E-mail Address: | dz@zemellawllc.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Robert Sibilia |
| Law Firm Name: | Oceanside Law Center APC |
| Address: | 28202 Cabot Rd. Ste. 300 |
| City: | Laguna Niguel   State: CA   Zip: 92677 |
| Phone Number w/Area Code: | (760) 666-1151   Bar #: 126979 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 8, 2025

_Dale A. Drozd_
JUDGE, U.S. DISTRICT COURT